# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**QUADRELL D. BLEDSOE**                                                              **PLAINTIFF**

v.                              No. 3:25-cv-66-DPM

**EDWARD C. REYES and EUTAW
CONSTRUCTION COMPANY, INC.**                                                **DEFENDANTS**

## ORDER

    Bledsoe's attorneys, R. Clive Markland and Rob O. Cantu, are not admitted to practice in this Court and have not moved for admission. LOCAL RULE 83.5. Unless an eligible attorney appears on Bledsoe's behalf by 4 June 2025, Bledsoe will proceed *pro se*. In that event, Markland and Cantu must provide the Clerk's Office with Bledsoe's complete contact information by that date. The Court directs the Clerk of Court to mail a copy of this order to Markland and Cantu.

    So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 May 2025