IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**QUADRELL D. BLEDSOE**                                    **PLAINTIFF**

v.                          No. 3:25-cv-66-DPM

**EDWARD C. REYES and EUTAW**
**CONSTRUCTION COMPANY, INC.**                  **DEFENDANTS**

ORDER

    Defendants' Rule 26(f) report appreciated. R. Clive Markland has recently been admitted to this Court's bar. No other lawyer at his firm is a member of this Court's bar. It is time to get this case moving forward. And that cannot happen until the Bledsoe counsel issues are resolved. The Court therefore orders R. Clive Markland to enter his appearance for Bledsoe in this case by 10 October 2025. The Court also orders the parties to file a *joint* Rule 26(f) report by 24 October 2025. The Court directs the Clerk of Court to mail, and email, a copy of this Order to Markland.

    So Ordered.

*DPMarshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

30 September 2025